**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

| | |
|---|---|
| Period Beginning: | 12/16/2018 |
| Period Ending: | 12/29/2018 |
| Pay Date: | 01/04/2019 |

Taxable Marital Status:
  Federal:     Married

Exemptions/Allowances:
  Federal:     7

TRACEY JOHNSON
4815 VILLAGE SQ NW
ACWORTH GA 30102

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7500 | 39.88 | 987.03 | 987.03 |
| Ga Pre-K | | | 213.53 | 213.53 |
| Holiday | 24.7500 | 7.98 | 197.51 | 197.51 |
| Personal | 24.7500 | 15.30 | 378.68 | 378.68 |
| **Gross Pay** | | | **$1,776.75** | **$1,776.75** |

**Other**

| | this period | year to date |
|---|---|---|
| Checking 1 | -263.95 | |
| Checking 2 | -350.00 | |
| Checking 3 | -20.00 | |
| **Net Check** | **$0.00** | |

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -70.90 | 70.90 |
| Medicare Tax | -16.58 | 16.58 |
| GA State Income Tax | -33.60 | 33.60 |

**Other**

| | | |
|---|---|---|
| Accident Ins | -8.65 | 8.65 |
| Ad&D Ee | -6.75 | 6.75 |
| Child Life | -1.40 | 1.40 |
| Critical Illnss | -13.70 | 13.70 |
| Crt Ill Child | -1.95 | 1.95 |
| Crt Ill Spouse | -8.80 | 8.80 |
| Dental | -57.33* | 57.33 |
| Hfsa | -110.42* | 110.42 |
| Ltd | -12.50 | 12.50 |
| Medical | -453.33* | 453.33 |
| Relief Fund | -1.00 | 1.00 |
| Std | -21.21 | 21.21 |
| Vision | -12.35* | 12.35 |
| 401K | -266.51* | 266.51 |
| 401K Loan 1 | -45.82 | 45.82 |
| **Net Pay** | **$633.95** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $876.81
Your GA taxable wages this period are $876.81

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 0.15 | 0.15 |
| 401K Match | 35.54 | |
| Total Work Hrs | 39.88 | |
| Vac Hrs Bal | | 62.45 |
| 401K Match Ytd | | 35.54 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  GA:     Single
Exemptions/Allowances:
  GA:     0

© 2000 ADP LLC

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

| | |
|---|---|
| Advice number: | 00000016378 |
| Pay date: | 01/04/2019 |

Deposited to the account of
TRACEY JOHNSON



| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9925 | xxxx xxxx | $263.95 |
| xxxxxx0362 | xxxx xxxx | $350.00 |
| xxxxxx5747 | xxxx xxxx | $20.00 |

**NON-NEGOTIABLE**

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232   (888)525-2472

Period Beginning: 12/02/2018
Period Ending: 12/15/2018
Pay Date: 12/21/2018

Taxable Marital Status:
  Federal:      Married

Exemptions/Allowances:
  Federal:   7

TRACEY JOHNSON
4815 VILLAGE SQ NW
ACWORTH GA 30102

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7500 | 78.70 | 1,947.83 | 36,408.58 |
| Closed Ctr Pay | 24.7500 | 1.00 | 24.75 | 73.75 |
| Ga Pre-K | | | 213.53 | 3,430.22 |
| Holiday | | | | 1,173.66 |
| Personal | | | | 1,157.22 |
| Vacation | | | | 1,224.27 |
| **Gross Pay** | | | **$2,186.11** | **$43,467.70** |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -109.45 | 2,018.19 |
| Medicare Tax | | -25.60 | 472.00 |
| GA State Income Tax | | -73.61 | 1,293.33 |
| Federal Income Tax | | | 4.81 |
| **Other** | | | |
| Accident Ins | | -8.30 | 215.48 |
| Ad&D Ee | | -6.48 | 168.23 |
| Child Life | | -1.34 | 34.79 |
| Critical Illnss | | -13.15 | 341.40 |
| Crt Ill Child | | -1.87 | 48.55 |
| Crt Ill Spouse | | -8.45 | 219.37 |
| Dental | | -51.57* | 1,336.77 |
| Ltd | | -12.50 | 322.45 |
| Medical | | -357.48* | 9,273.66 |
| Relief Fund | | -1.00 | 21.00 |
| Std | | -23.95 | 617.95 |
| Vision | | -11.86* | 308.20 |
| 401K | | -327.92* | 6,431.12 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 1 | -45.82 | 986.89 |
| **Net Pay** | **$1,105.76** | |
| Checking 1 | -735.76 | |
| Checking 2 | -350.00 | |
| Checking 3 | -20.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,437.28
Your GA taxable wages this period are $1,437.28

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.14 | 2.38 |
| 401K Match | 43.72 | |
| Pers Hrs Bal | | 15.30 |
| Vac Hrs Bal | | 62.45 |
| 401K Match Ytd | | 857.48 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:        Single

© 2000 ADP, LLC

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232   (888)525-2472

Deposited to the account of
TRACEY JOHNSON

Advice number: 00000514654
Pay date: 12/21/2018


THIS IS NOT A CHECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9925 | xxxx xxxx | $735.76 |
| xxxxxx0362 | xxxx xxxx | $350.00 |
| xxxxxx5747 | xxxx xxxx | $20.00 |

**NON-NEGOTIABLE**

**KinderCare EDUCATION™**

KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

Period Beginning:  12/02/2018
Period Ending:     12/15/2018
Pay Date:          12/21/2018

Taxable Marital Status:
  Federal:     Married

Exemptions/Allowances:
  Federal:     7

**TRACEY JOHNSON**
**4815 VILLAGE SQ NW**
**ACWORTH GA 30102**

### Additional Tax Withholding Information
Exemptions/Allowances:
  GA:          0

© 2000 ADP, LLC

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

Period Beginning: 11/18/2018
Period Ending: 12/01/2018
Pay Date: 12/07/2018

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 7

TRACEY JOHNSON
4815 VILLAGE SQ NW
ACWORTH GA 30102

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7500 | 39.88 | 987.03 | 34,460.75 |
| Ga Pre-K | | | 213.53 | 3,216.69 |
| Holiday | 24.7500 | 15.90 | 393.53 | 1,173.66 |
| Personal | 24.7500 | 16.00 | 396.00 | 1,157.22 |
| Closed Ctr Pay | | | | 49.00 |
| Vacation | | | | 1,224.27 |
| **Gross Pay** | | | **$1,990.09** | **$41,281.59** |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 1 | -45.82 | 941.07 |
| **Net Pay** | **$964.13** | |
| Checking 1 | -794.13 | |
| Checking 2 | -150.00 | |
| Checking 3 | -20.00 | |
| **Net Check** | **$0.00** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -97.30 | 1,908.74 |
| Medicare Tax | | -22.76 | 446.40 |
| GA State Income Tax | | -63.62 | 1,219.72 |
| Federal Income Tax | | | 4.81 |
| **Other** | | | |
| Accident Ins | | -8.30 | 207.18 |
| Ad&D Ee | | -6.48 | 161.75 |
| Child Life | | -1.34 | 33.45 |
| Critical Illnss | | -13.15 | 328.25 |
| Crt Ill Child | | -1.87 | 46.68 |
| Crt Ill Spouse | | -8.45 | 210.92 |
| Dental | | -51.57* | 1,285.20 |
| Ltd | | -12.50 | 309.95 |
| Medical | | -357.48* | 8,916.18 |
| Relief Fund | | -1.00 | 20.00 |
| Std | | -23.95 | 594.00 |
| Vision | | -11.86* | 296.34 |
| 401K | | -298.51* | 6,103.20 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,270.67
Your GA taxable wages this period are $1,270.67

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.14 | 2.24 |
| 401K Match | 39.80 | |
| Pers Hrs Bal | | 15.30 |
| Vac Hrs Bal | | 62.45 |
| 401K Match Ytd | | 813.76 |

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single

© 2000 ADP, LLC

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

Advice number: 00000494617
Pay date: 12/07/2018

Deposited to the account of
TRACEY JOHNSON


THIS IS NOT A CHECK

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxx9925 | xxxx | xxxx | $794.13 |
| xxxxxx0362 | xxxx | xxxx | $150.00 |
| xxxxxx5747 | xxxx | xxxx | $20.00 |

**NON-NEGOTIABLE**

**KinderCare EDUCATION**

KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232 (888)525-2472

Period Beginning: 11/18/2018
Period Ending: 12/01/2018
Pay Date: 12/07/2018

Taxable Marital Status:
  Federal:         Married

Exemptions/Allowances:
  Federal:         7

TRACEY JOHNSON
4815 VILLAGE SQ NW
ACWORTH GA 30102

**Additional Tax Withholding Information**
Exemptions/Allowances:
  GA:         0

© 2000 ADP, LLC

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

Period Beginning: 11/04/2018
Period Ending: 11/17/2018
Pay Date: 11/21/2018

Taxable Marital Status:
  Federal:           Married

Exemptions/Allowances:
  Federal:    7

TRACEY JOHNSON
4815 VILLAGE SQ NW
ACWORTH GA 30102

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7500 | 79.43 | 1,965.90 | 33,473.72 |
| Ga Pre-K | | | 213.53 | 3,003.16 |
| Closed Ctr Pay | | | | 49.00 |
| Holiday | | | | 780.13 |
| Personal | | | | 761.22 |
| Vacation | | | | 1,224.27 |
| **Gross Pay** | | | **$2,179.43** | **$39,291.50** |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 1 | -45.82 | 895.25 |
| **Net Pay** | **$1,100.93** | |
| Checking 1 | -930.93 | |
| Checking 2 | -150.00 | |
| Checking 3 | -20.00 | |
| **Net Check** | **$0.00** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -109.04 | | 1,811.44 |
| Medicare Tax | -25.50 | | 423.64 |
| GA State Income Tax | -73.28 | | 1,156.10 |
| Federal Income Tax | | | 4.81 |
| **Other** | | | |
| Accident Ins | -8.30 | | 198.88 |
| Ad&D Ee | -6.48 | | 155.27 |
| Child Life | -1.34 | | 32.11 |
| Critical Illnss | -13.15 | | 315.10 |
| Crt Ill Child | -1.87 | | 44.81 |
| Crt Ill Spouse | -8.45 | | 202.47 |
| Dental | -51.57* | | 1,233.63 |
| Ltd | -12.50 | | 297.45 |
| Medical | -357.48* | | 8,558.70 |
| Relief Fund | -1.00 | | 19.00 |
| Std | -23.95 | | 570.05 |
| Vision | -11.86* | | 284.48 |
| 401K | -326.91* | | 5,804.69 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,431.61
Your GA taxable wages this period are $1,431.61

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.14 | 2.10 |
| 401K Match | 43.59 | |
| Pers Hrs Bal | | 31.30 |
| Vac Hrs Bal | | 62.45 |
| 401K Match Ytd | | 773.96 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:           Single

© 2000 ADP, LLC

**KinderCare EDUCATION**
KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232  (888)525-2472

Deposited to the account of
TRACEY JOHNSON

Advice number: 00000474736
Pay date: 11/21/2018


THIS IS NOT A CHECK

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxx9925 | xxxx | xxxx | $930.93 |
| xxxxxx0362 | xxxx | xxxx | $150.00 |
| xxxxxx5747 | xxxx | xxxx | $20.00 |

**NON-NEGOTIABLE**

**KinderCare EDUCATION**

KINDERCARE EDUCATION LLC
650 NE HOLLADAY STREET, SUITE 1400
PORTLAND, OR 97232 (888)525-2472

Period Beginning:  11/04/2018
Period Ending:     11/17/2018
Pay Date:          11/21/2018

Taxable Marital Status:
 Federal:        Married

Exemptions/Allowances:
 Federal:        7

**TRACEY JOHNSON**
**4815 VILLAGE SQ NW**
**ACWORTH GA 30102**

### Additional Tax Withholding Information
Exemptions/Allowances:
 GA:        0

© 2000 ADP, LLC

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**