UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Kelvin Bernard Johnson**
4815 Village Square NW
Acworth, GA 30102

xxx–xx–9890

**Tracey Ann Johnson**
4815 Village Square NW
Acworth, GA 30102

xxx–xx–3282

Case No.: **19–51667–bem**
Chapter: **7**
Judge: **Barbara Ellis–Monro**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non–government proof of claim: **6/20/19**

Government proof of claim: **07/30/19**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: March 22, 2019

Form ntcpoc

```
                              United States Bankruptcy Court
                              Northern District of Georgia

In re:                                                                   Case No. 19-51667-bem
Kelvin Bernard Johnson                                                   Chapter 7
Tracey Ann Johnson
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 113E-9              User: tf                     Page 1 of 2                  Date Rcvd: Mar 22, 2019
                                  Form ID: ntcpoc              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db/jtdb        +Kelvin Bernard Johnson,    Tracey Ann Johnson,    4815 Village Square NW,
                 Acworth, GA 30102-3464
22114802       +CITICARDS CBNA,    PO BOX 6217,    SIOUX FALLS, SD 57117-6217
22114806       +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
22114807       +Experian,    701 Experian Parkway,    Allen, TX 75013-3715
22114808       +FREEDOM MORTGAGE,    907 PLEASANT VALLEY AVE 3 MT,    LAUREL, NJ 08054-1210
22114810       +Hampshire Village HOA,    PO Box 2185,    Acworth, GA 30102-0004
22114819       +Transunion,    2 Baldwin Place,    PO Box 1000,    Crum Lynne, PA 19022-1370
22114821        USAA SAVINGS BANK,    10750 MC,    DERMOTT FY SAN ANTONIO, TX 78288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BMJBARGAR Mar 23 2019 01:08:00      Michael J. Bargar,    Arnall Golden Gregory, LLP,
                 Suite 2100,    171 17th Street, N.W.,    Atlanta, GA 30363-1031
cr             +EDI: RMSC.COM Mar 23 2019 01:08:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
22114798       +EDI: AMEREXPR.COM Mar 23 2019 01:08:00      AMERICAN EXPRESS,    PO BOX 981537,
                 EL PASO, TX 79998-1537
22114799        EDI: BANKAMER.COM Mar 23 2019 01:08:00      BANK OF AMERICA,    PO BOX 982238,
                 EL PASO, TX 79998
22114800       +EDI: CAPITALONE.COM Mar 23 2019 01:08:00      CAPITAL ONE BANK USA NA,    PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
22114801       +EDI: CHASE.COM Mar 23 2019 01:08:00      CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
22114803       +EDI: WFNNB.COM Mar 23 2019 01:08:00      COMENITYBANK/ JARED THE,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
22114804       +E-mail/Text: electronicbkydocs@nelnet.net Mar 22 2019 21:39:58      DEPT OF ED / NELNET,
                 3015 PARKER RD 400,    AURORA, CO 80014-2904
22114805       +EDI: NAVIENTFKASMDOE.COM Mar 23 2019 01:08:00      DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
22114809        EDI: GADEPTOFREV.COM Mar 23 2019 01:08:00      Georgia Department of Revenue,
                 Bankruptcy Section,    1800 Century Blvd NE Ste 9100,    Atlanta, GA 30345
22114811        EDI: IRS.COM Mar 23 2019 01:08:00      Internal Revenue Service,    Centralized Insolvency Opera,
                 PO Box 7346,    Philadelphia, PA 19101-7346
22114812       +EDI: CBSKOHLS.COM Mar 23 2019 01:08:00      KOHLS DEPARTMENT STORE,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
22114812       +E-mail/Text: bncnotices@becket-lee.com Mar 22 2019 21:38:42      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
22114813       +E-mail/Text: bk@lendingclub.com Mar 22 2019 21:40:33      LENDING CLUB CORPORATION,
                 71 STEVENSON 300,    SAN FRANCISCO, CA 94105-2985
22114814       +EDI: NAVIENTFKASMSERV.COM Mar 23 2019 01:08:00      NAVIENT,   PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
22117174       +EDI: PRA.COM Mar 23 2019 01:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
22114815       +EDI: RMSC.COM Mar 23 2019 01:08:00      SYNCB/CARE CREDIT,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
22114816       +EDI: RMSC.COM Mar 23 2019 01:08:00      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
22114817       +EDI: CITICORP.COM Mar 23 2019 01:08:00      THE HOME DEPOT/CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
22114818        EDI: TFSR.COM Mar 23 2019 01:08:00      TOYOTA MOTOR CREDIT,    4 GATEHALL DR 350,
                 PARSIPPANY, NJ 07054
22114820        EDI: USAA.COM Mar 23 2019 01:08:00      USAA FED SVG BK - SAN AN,    PO BOX 47504,
                 SAN ANTONIO, TX 78265
22115685        E-mail/Text: usagan.bk@usdoj.gov Mar 22 2019 21:39:38      United States Attorney,
                 Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113E-9                  User: tf                      Page 2 of 2                   Date Rcvd: Mar 22, 2019
                                      Form ID: ntcpoc               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Charles M. Clapp    on behalf of Joint Debtor Tracey Ann Johnson charles@lawcmc.com,
               ecf@lawcmc.com;R47480@notify.bestcase.com
              Charles M. Clapp    on behalf of Debtor Kelvin Bernard Johnson charles@lawcmc.com,
               ecf@lawcmc.com;R47480@notify.bestcase.com
              David S. Weidenbaum    on behalf of U.S. Trustee    Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              Elizabeth H. Parrott    on behalf of Creditor    USAA FEDERAL SAVINGS BANK lizp2@w-legal.com,
               ADVNotices@w-legal.com
              Michael J. Bargar    on behalf of Trustee S. Gregory Hays michael.bargar@agg.com,
               carol.stewart@agg.com;tarsha.daniel@agg.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              S. Gregory Hays    ghays@haysconsulting.net,    saskue@haysconsulting.net;GA32@ecfcbis.com
                                                                                             TOTAL: 7
```