# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 19-51667-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | JOHNSON, KELVIN BERNARD | Date Filed (f) or Converted (c): | 01/31/2019 (f) |
| | JOHNSON, TRACEY ANN | § 341(a) Meeting Date: | 03/11/2019 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 06/20/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4815 Village Square NW, Acworth, GA 30102-0000, Cobb County<br><br>The Trustee has identified an attestation issue with the first position security deed on Debtors' home.  See asset # 15. Trustee expects to sell property once security interest matter is resolved. | 217,000.00 | 0.00 | | 0.00 | 217,000.00 |
| 2 | 2018 Lexus RX 350, 7,000 miles (Leased)<br>Notice of abandonment filed, Dkt # 16. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2017 Hyundai Sonata SE, 30,000 miles<br>Notice of abandonment filed, Dkt # 16. | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2010 Lexus ES, 160,000 miles<br>Notice of abandonment filed, Dkt # 16. | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Bank of America | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: USAA | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America Business Checking | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Kaufmann Enterprises LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 11 | KAPS Staffing LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k): VALIC | 60,000.00 | 0.00 | | 0.00 | FA |
| 13 | 401 (k): TransAmerica | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 | 401 (k): TransAmerica | 48,000.00 | 0.00 | | 0.00 | FA |
| 15 | Adversary case 20-06026. Complaint against New Day Financial (Avoid lien on Real Property)  (u)<br>See asset 1, 4815 Village Square, Acworth | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | **Assets         Totals     (Excluding unknown values)** | **$359,102.00** | **$0.00** | | **$0.00** | **$217,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 19-51667-BEM | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** JOHNSON, KELVIN BERNARD<br>JOHNSON, TRACEY ANN | **Date Filed (f) or Converted (c):** 01/31/2019 (f) |
| | **§ 341(a) Meeting Date:** 03/11/2019 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 06/20/2019 |

**Major Activities Affecting Case Closing:**

The Trustee has identified an attestation issue with the first position security deed on Debtors' home and has filed adversary # 20-06026. If the Trustee is successful in the adversary, the Trustee intends to sell the real property located at 4815 Village Square NW, Acworth, GA 30102 free and clear of New Day Financial's lien.

**Initial Projected Date Of Final Report (TFR):**   06/30/2021        **Current Projected Date Of Final Report (TFR):**   06/30/2021

07/30/2020                                                             /s/S. Gregory Hays
——————————                                                              ——————————————
Date                                                                    S. Gregory Hays