**IT IS ORDERED as set forth below:**

**Date: September 25, 2025**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-51667-BEM |
| | : | |
| KELVIN BERNARD JOHNSON and TRACEY ANN JOHNSON, | : | CHAPTER 7 |
| | : | |
| Debtors. | : | |

**ORDER GRANTING FEE APPLICATIONS**

On August 20, 2025, Michael J. Bargar ("**M. Bargar**"), as assignee and agent of Arnall Golden Gregory LLP ("**AGG**"), former attorneys for S. Gregory Hays, as Chapter 7 trustee ("**Trustee**"), filed a fee application [Doc. No. 67-2] (the "**M. Bargar Application**") for allowance of compensation in the amount of $44,277.00 and reimbursement of expenses in the amount of $237.97. And, again on August 20, 2025, Rountree Leitman Klein & Geer LLC, as attorneys for Trustee, filed its fee application [Doc. No. 67-3] (the "**RLKG Application**") for allowance of compensation in the amount of $56,843.50 and reimbursement of expenses in the amount of $66.92. Finally, and again on August 20, 2025, Hays Financial Consulting, LLC ("**HFC**"), as accountants

for Trustee, filed its application [Doc. No. 67-4] (the "**HFC Application**" together with the M. Bargar Application and the RLKG Application, the "**Fee Applications**") for allowance of compensation in the amount of $15,650.00 and reimbursement of expenses in the amount of $640.07.

Again on August 20, 2025, Trustee filed notices regarding, among other things, the Fee Applications [Doc. Nos. 68 and 69] (collectively, the "**Notice**"), in accordance with the Third Amended and Restated General Order No. 24-2018 and setting a hearing on the Fee Applications on September 23, 2025 (the "**Hearing**"). Trustee asserts that he served the Notice on all requisite parties in interest. [Doc. No. 70].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Third Amended and Restated General Order No. 24-2018.

On September 5, 2025, Debtor Kelvin Johnson and Debtor Tracey Johnson, pro se, objected to, among other things, the Fee Applications [Doc. No. 71] (the "**Objection**"). On September 15, 2025, Debtor Kelvin Johnson and Debtor Tracey Johnson, pro se, filed an amendment to the Objection [Doc. No. 75] (the "**Amendment**"). On September 16, 2025, Debtor Kelvin Johnson and Debtor Tracey Johnson, through counsel, withdrew the Objection and the Amendment. [Doc. No. 76].

Counsel for Trustee and the professional applicants appeared at the Hearing. Debtor Kelvin Johnson and counsel for the United States Trustee also appeared. No other party in interest appeared.

The Court having considered the Fee Applications and all other matters of record, including the statements on the record at the Hearing, and, based on the forgoing and for the reasons set forth on the record the Hearing, and for good cause shown, it is hereby

**ORDERED** that the Fee Applications are **GRANTED** as specifically set forth in this Order. It is further

**ORDERED** that M. Bargar, as assignee and agent of AGG, is allowed final compensation in the amount of $44,277.00 plus $237.97 as reimbursement for expenses and that this award is made final. It is further

**ORDERED** that RLKG is allowed interim compensation in the amount of $56,843.50 plus $66.92 as reimbursement for expenses. It is further

**ORDERED** that HFC is allowed interim compensation in the amount of $15,650.00 plus $640.07 as reimbursement for expenses. It is further

**ORDERED** that the Trustee is authorized to pay the full amount of the awarded compensation and expenses approved in this Order.

**[END OF DOCUMENT]**

Order prepared and presented by:

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Phone: (404) 410-1220
mbargar@rlkglaw.com

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway, NE
Suite 3000
Atlanta, GA 30328

Kelvin Bernard Johnson
4815 Village Square NW
Acworth, GA 30102

Tracey Ann Johnson
4815 Village Square NW
Acworth, GA 30102

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA 30329