# Form 1



# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 19-51667-BEM
**Case Name:** KELVIN BERNARD JOHNSON
TRACEY ANN JOHNSON

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 01/31/2019 (f)
**§ 341(a) Meeting Date:** 03/11/2019
**Claims Bar Date:** 06/20/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4815 Village Square NW, Acworth, GA 30102-0000, Cobb County<br>The Trustee has identified an attestation issue with the first position security deed on Debtors' home. See asset # 15. Trustee expects to sell property once security interest matter is resolved or potentially sell equity to the Debtors. | 217,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2018 Lexus RX 350, 7,000 miles (Leased)<br>Notice of abandonment filed, Dkt # 16. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2017 Hyundai Sonata SE, 30,000 miles<br>Notice of abandonment filed, Dkt # 16. | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2010 Lexus ES, 160,000 miles<br>Notice of abandonment filed, Dkt # 16. | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Bank of America | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: USAA | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America Business Checking | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Kaufmann Enterprises LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 11 | KAPS Staffing LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k): VALIC | 60,000.00 | 0.00 | | 0.00 | FA |
| 13 | 401 (k): TransAmerica | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 | 401 (k): TransAmerica | 48,000.00 | 0.00 | | 0.00 | FA |
| 15 | Adversary case 20-06026. Complaint against New Day Financial (Avoid lien on Real Property) (u)<br>See asset 1, 4815 Village Square, Acworth<br>Default judgment entered.<br>7/10/2024 - Motion for Partial Summary Judgment as to Count II and Count III of the Complaint. | Unknown | 1.00 | | 75,000.00 | FA |

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 19-51667-BEM
**Case Name:** KELVIN BERNARD JOHNSON
TRACEY ANN JOHNSON
**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 01/31/2019 (f)
**§ 341(a) Meeting Date:** 03/11/2019
**Claims Bar Date:** 06/20/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16* | Adversary case 22-05020.Complaint against Freedom Mortgage Corporation (Avoid post petition lien on Real Property) (u)<br>See also asset # 1. (See Footnote) | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$459,102.00** | **$100,001.00** | | **$175,000.00** | **$0.00** |

RE PROP# 16 Settlement motion filed on 6/22/22 (Dkt # 36) and approved on 7/22/22 (Dkt # 40). Trustee received $100,000 on 7/29/22. Stipulation of dismissal of adversary circulated on 9/21/2022.

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 19-51667-BEM
**Case Name:** KELVIN BERNARD JOHNSON
TRACEY ANN JOHNSON

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 01/31/2019 (f)
**§ 341(a) Meeting Date:** 03/11/2019
**Claims Bar Date:** 06/20/2019

**Major Activities Affecting Case Closing:**

2/3/2020 - The Trustee has identified an attestation issue with the first position security deed on Debtors’ home and has filed adversary # 20-06026. If the Trustee is successful in the adversary, the Trustee intends to sell the real property located at 4815 Village Square NW, Acworth, GA 30102 free and clear of New Day Financial's lien.

6/30/2021 - Adversary outcome is contingent on outcome of case with similar facts in another matter. Trustee will act accordingly when the other matter is resolved.

2/4/2022 - Trustee filed adversary case 22-05020. Complaint against Freedom Mortgage Corporation relating to post petition lien on real property.

6/22/2022 - Trustee filed settlement motion (Dkt # 36) resolving adversary 22-05020 for $100,000 paid into bankruptcy estate.

7/22/2022 - Order approving settlement of adversary 20-05020 entered (Dkt # 40).

7/29/2022 - Trustee received $100,000 settlement payment for adversary 20-05020.

7/29/2022 - Adversary case 20-06026 still open and New Day has not responded. Claim is more complex with the resolution of adversary 20-5020.

6/30/2023 - Adversary # 20-6026 remains open.

6/30/2024 - Claim numbers 5 and 9 were forgiven student loans that have now been withdrawn. The Trustee is in discussions with the Debtor to purchase the equity in their property for an amount that will pay administrative claims and unsecured claims in full.

1/24/2025 - Settlement discussions continued between Trustee and New Day Financial.

3/13/2025 - Adversary # 20-06026 settled for a payment of $75,000 to the bankruptcy estate.

4/22/2025 - Hearing on settlement motion is scheduled for May 20, 2025.

5/20/2025 - Settlement Order entered. Payment due by 6/10/2025.

6/6/2025 - Settlement payment received. Trustee is working on final tax returns and Final Report.

7/23/2026 - Trustee submitted his TFR to the UST's office for review on 6/23/2025. The TFR and related documents were posted on the docket and set for hearing. The Debtors filed an objection to the final distribution proposed by the Trustee as the Debtors had paid many creditors without the Trustee's knowledge. Professional fees were awarded and paid. Trustee is preparing claim objections based on information and documentation provided by Debtors related to payments made to creditors. Once finalized, Trustee will file.

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 19-51667-BEM

**Case Name:** KELVIN BERNARD JOHNSON
TRACEY ANN JOHNSON

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 01/31/2019 (f)

**§ 341(a) Meeting Date:** 03/11/2019

**Claims Bar Date:** 06/20/2019

**Initial Projected Date Of Final Report (TFR):** 06/30/2021

**Current Projected Date Of Final Report (TFR):** 12/31/2026

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-51667-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | KELVIN BERNARD JOHNSON | **Bank Name:** | East West Bank |
| | TRACEY ANN JOHNSON | **Account #:** | ******0519 Checking |
| **Taxpayer ID #:** | **-***7984 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 07/29/22 | {16} | Westcor Land Title Insurance Company | Settlement of adversary 22-05020 approved on 7/22/22 (Dkt # 40) | 1249-000 | 100,000.00 | | 100,000.00 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 160.27 | 99,839.73 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 160.01 | 99,679.72 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 154.43 | 99,525.29 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 170.16 | 99,355.13 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 159.24 | 99,195.89 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 169.58 | 99,026.31 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 148.13 | 98,878.18 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 163.75 | 98,714.43 |
| 04/10/23 | 101 | United States Treasury | EIN 88-6606984 - 2022 Form 1041. Paid per Order, Dkt # 49. Kelvin Johnson Estate | 2810-000 | | 4,190.00 | 94,524.43 |
| 04/10/23 | 102 | United States Treasury | EIN 92-6481171 - 2022 Form 1041. Paid per Order, Dkt # 53. Tracey Johnson Estate | 2810-000 | | 4,190.00 | 90,334.43 |
| 04/10/23 | 103 | Georgia Department of Revenue | EIN 92-6481171. 2022 taxes paid per Order, Dkt # 53. Stop payment, check not cashed by GA DOR. Replacement check. Stopped on 07/10/2023 | 2820-000 | | 2,318.00 | 88,016.43 |
| 04/10/23 | 104 | Georgia Department of Revenue | EIN 88-6606984 - 2022 taxes paid per Order, Dkt # 53. | 2820-000 | | 2,318.00 | 85,698.43 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 147.43 | 85,551.00 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 157.17 | 85,393.83 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 140.57 | 85,253.26 |
| 07/10/23 | 103 | Georgia Department of Revenue | EIN 92-6481171. 2022 taxes paid per Order, Dkt # 53. Stop payment, check not cashed by GA DOR. Replacement check. Stopped: check issued on 04/10/2023 | 2820-000 | | -2,318.00 | 87,571.26 |
| 07/31/23 | 105 | Georgia Department of Revenue | EIN 92-6481171. 2022 taxes. Replacement check. Paid per Dkt # 53 | 2820-000 | | 2,318.00 | 85,253.26 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 135.67 | 85,117.59 |
| 08/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 151.31 | 84,966.28 |
| 09/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 131.63 | 84,834.65 |
| 10/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 145.03 | 84,689.62 |
| 11/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 135.73 | 84,553.89 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$100,000.00** | **$15,446.11** |

*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-51667-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | KELVIN BERNARD JOHNSON | **Bank Name:** | East West Bank |
| | TRACEY ANN JOHNSON | **Account #:** | ******0519 Checking |
| **Taxpayer ID #:** | **-***7984 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 12/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 130.99 | 84,422.90 |
| 01/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 148.46 | 84,274.44 |
| 02/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 130.21 | 84,144.23 |
| 03/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 130.00 | 84,014.23 |
| 04/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 143.23 | 83,871.00 |
| 05/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 138.52 | 83,732.48 |
| 06/28/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 124.91 | 83,607.57 |
| 07/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 146.99 | 83,460.58 |
| 08/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 133.39 | 83,327.19 |
| 09/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 128.74 | 83,198.45 |
| 10/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 146.29 | 83,052.16 |
| 11/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 123.89 | 82,928.27 |
| 12/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 145.81 | 82,782.46 |
| 01/31/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 137.08 | 82,645.38 |
| 02/27/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2459 | Transition Debit to Western Alliance Bank acct XXXXXX2459 | 9999-000 | | 82,645.38 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **100,000.00** | **100,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 82,645.38 | |
| **Subtotal** | **100,000.00** | **17,354.62** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$100,000.00** | **$17,354.62** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 19-51667-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | KELVIN BERNARD JOHNSON | **Bank Name:** | Western Alliance Bank |
| | TRACEY ANN JOHNSON | **Account #:** | ******2459 Checking Account |
| **Taxpayer ID #:** | **-***7984 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 02/27/25 | | Transfer Credit from East West Bank acct XXXXXX0519 | Transition Credit from East West Bank acct XXXXXX0519 | 9999-000 | 82,645.38 | | 82,645.38 |
| 02/28/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 123.62 | 82,521.76 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 127.84 | 82,393.92 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 140.87 | 82,253.05 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 131.82 | 82,121.23 |
| 06/06/25 | {15} | New Day Financial LLC | Payment per settlement, approved per Order, Dkt # 63. | 1249-000 | 75,000.00 | | 157,121.23 |
| 09/29/25 | 10001 | Michael J. Bargar | Attorney fees and expenses paid per Order, Dkt # 78. | | | 44,514.97 | 112,606.26 |
| | | Michael J. Bargar | Attorney fees paid per Order, Dkt # 78. $44,277.00 | 3210-000 | | | |
| | | Michael J. Bargar | Attorney Expenses paid per Order, Dkt # 78. $237.97 | 3220-000 | | | |
| 09/29/25 | 10002 | Rountree Leitman Klein & Geer LLC | Attorney fees and expenses paid per Order, Dkt # 78. | | | 56,910.42 | 55,695.84 |
| | | Rountree Leitman Klein & Geer LLC | Attorney fees paid per Order, Dkt # 78. $56,843.50 | 3210-000 | | | |
| | | Rountree Leitman Klein & Geer LLC | Attorney expenses paid per Order, Dkt # 78. $66.92 | 3220-000 | | | |
| 09/29/25 | 10003 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Dkt # 78. | | | 16,290.07 | 39,405.77 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 78. $15,650.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 78. $640.07 | 3320-000 | | | |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **157,645.38** | **118,239.61** | **$39,405.77** |
| Less: Bank Transfers/CDs | 82,645.38 | 0.00 | |
| **Subtotal** | **75,000.00** | **118,239.61** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$75,000.00** | **$118,239.61** | |

*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-51667-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | KELVIN BERNARD JOHNSON<br>TRACEY ANN JOHNSON | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***7984 | **Account #:** | ******2459 Checking Account |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $175,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $175,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0519 Checking | $100,000.00 | $17,354.62 | $0.00 |
| ******2459 Checking Account | $75,000.00 | $118,239.61 | $39,405.77 |
| | **$175,000.00** | **$135,594.23** | **$39,405.77** |